RECEIVED JUN - 7 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00621-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH A. FERONA JR.,
D/B/A CASTLE ROCK TRADING COMPANY, AND
D/B/A THE GLOBAL PROSPERITY FUND,

    Defendants,

CHERYL FERONA,

    Relief Defendant.

---

ORDER MODIFYING ASSET FREEZE ORDER OF JUNE 3, 2005

---

**THIS MATTER** coming before the Court on the Motion of the Plaintiff and the Court being otherwise duly advised in the premises

**IT IS HEREBY ORDERED** that the Asset Freeze Order entered in this case on June, 3, 2005, is hereby amended to allow $8,924.00 currently held in the Trust Account of the law firm of Springer and Steinberg, P.C. to be distributed as follows:

    1    $5,047.00 to the law firm of Springer and Steinberg, P.C. for the balance of unpaid legal fees, for the representation of Defendant Joseph Ferona earned through May 4, 2005; and

2    $3,877 00 to be deposited into the Registry of this Court     be held by the Clerk of the Court until further order    court

DATED  June 21 2005

_____
United States District Court Judge