IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00621-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH A. FERONA JR.,
D/B/A CASTLE ROCK TRADING COMPANY, AND
D/B/A THE GLOBAL PROSPERITY FUND,

    Defendants,

CHERYL FERONA,

    Relief Defendant,

BYRAN S. STARNES AND
LISA A. STARNES,

    Intervenors.

_____

**ORDER EXTENDING ORDER OF ASSET FREEZE AND OTHER RELIEF**
_____

Byran S. Starnes and Lisa A. Starnes have intervened in this matter and assert a priority interest in particular property of defendants located at 12241 South Season Court, Parker, Colorado. The parties have raised several issues in their pleadings and oral arguments before me and it is necessary to extend the asset freeze.

Accordingly, it is ordered that my June 3, 2005 Order of Asset Freeze and Other

Relief is amended to extend the expiration date of October 14, 2005, absent other court order.

DATED at Denver, Colorado, on October 5, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge