## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**CASE NO. 05-CV-0621-WDM-BNB**

SECURITIES AND EXCHANGE COMMISSION

     Plaintiff

vs.

JOSEPH A. FERONA, JR.,
dba CASTLE ROCK TRADING COMPANY, AND
dba THE GLOBAL PROSPERITY FUND

     Defendants

CHERYL FERONA,

     Relief Defendant,

BYRAN STARNES and
LISA STARNES,

     Intervenors

---

### ORDER ON TRUSTEE'S MOTION, PURSUANT TO FED.R.CIV.P. 60(a), TO AMEND ORDER ENTERED ON OCTOBER 13, 2005

---

**THE COURT,** having received and reviewed the Trustee's Motion, Pursuant to Fed.R.Civ.P. 60(a), to Amend Order Entered on October 13, 2005, filed on November 21, 2005 ("Motion to Amend Order"), and any response thereto, and finding good cause for the relief requested therein,

**ORDERS** that the Trustee's Motion to Amend Order is granted.  Paragraph 15 of the Order entered by the Court on October 13, 2005, is hereby amended to provide that the definition of "the Fund assets" expressly includes all bank accounts and brokerage

accounts that are held in the names of  Joseph A. Ferona and/or Cheryl L. Ferona,

individually, and/or Global Research wherever such accounts are, or may be, located.

DATED at Denver, Colorado, on November 22, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge

PDF FINAL