**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CASE NO. 05-CV-0621-WDM-BNB**

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

JOSEPH A. FERONA, JR.,
dba CASTLE ROCK TRADING COMPANY, AND
dba THE GLOBAL PROSPERITY FUND

    Defendants

CHERYL FERONA,

    Relief Defendant,

BYRAN STARNES and
LISA STARNES,

    Intervenors

**ORDER ON TRUSTEE'S MOTION TO EXTEND ORDER OF ASSET FREEZE**

**THE COURT,** having received and reviewed the Trustee's Motion to Extend Order of Asset Freeze with Certificate of Compliance, filed on December 13, 2005 ("Motion to Extend Order of Asset Freeze"), and any response thereto, and finding good cause for the relief requested therein,

**ORDERS** that the Trustee's Motion to Extend Order of Asset Freeze is granted. The Order of Asset Freeze and Other Relief is hereby extended to and including May 16, 2006.

DATED at Denver, Colorado, on December 15, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge

PDF FINAL