**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CASE NO. 05-CV-0621-WDM-BNB**

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

JOSEPH A. FERONA, JR.,
dba CASTLE ROCK TRADING COMPANY, AND
dba THE GLOBAL PROSPERITY FUND

    Defendants

CHERYL FERONA,

    Relief Defendant,

BYRAN STARNES and
LISA STARNES,

    Intervenors

**ORDER ON TRUSTEE'S MOTION TO DISSOLVE ORDER OF
ASSET FREEZE WITH RESPECT TO EAST ANDOVER
PROPERTY AND TO SURRENDER PROPERTY**

**THE COURT,** having received and reviewed the Trustee's Motion to Dissolve Asset Freeze with Respect to East Andover Property with Certificate of Compliance, filed on March 2, 2006 and the Waiver of Deficiency with Respect to Real Property at 4425 East Andover Avenue, Castle Rock, Colorado attached thereto ("Motion to Dissolve Order of Asset Freeze"), and any response thereto, and finding good cause for the relief requested therein,

**ORDERS** that the Trustee's Motion to Dissolve Order of Asset Freeze is granted. The Order of Asset Freeze is dissolved with respect to the real property located at 4425 East Andover

Avenue, Castle Rock Colorado 80104 (the "Castle Rock Property"). The Trustee is authorized to surrender the Castle Rock Property to Chase Home Financial, LLC on the condition that Chase Home Financial, LLC, and any successors or assigns, has waived any deficiency claims against this estate and/or Cheryl Ferona, the Relief Defendant, that may arise after liquidation of the Castle Rock Property.

DATED at Denver, Colorado, on March 2, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge