IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00621-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH A. FERONA JR.,
D/B/A CASTLE ROCK TRADING COMPANY, AND
D/B/A THE GLOBAL PROSPERITY FUND,

    Defendants,

CHERYL FERONA,

    Relief Defendant,

BYRAN STARNES and
LISA STARNES,

    Intervenors.

**ORDER ON TRUSTEE'S REPORT AND REQUEST FOR REIMBURSEMENT**

Miller, J.

    This matter is before me on the Trustee's Request for Reimbursement of Fees and Costs Regarding the Parker Property (doc no 94) and the Trustee's Report Regarding Claims Process and Proposed Distribution with Certificate of Conference (doc no 97).  The Securities and Exchange Commission has not responded or objected to the Trustee's filings.  I have reviewed the Trustee's information and will order the distribution of the assets in accordance with her recommendations.

    The final matters to be determined in this case concern the distribution of the

assets remaining in the estate recovered on behalf of the defrauded investors of Defendant Joseph A. Ferona and his business entities.  Assets of the estate reside in two accounts: an account with the Registry of this Court (the "Court Account"), containing proceeds from the sale of a residence in Parker, Colorado (the "Parker Property"), and an account maintained by the Trustee at Liberty Savings Bank (the "General Account"), containing all other recovered assets.  Pursuant to my previous order regarding priority of distribution, the proceeds of the Court Account are to be paid to Intervenors, less costs of administration.  Trustee has presented a proposed plan of distribution for the funds in the General Account, as well as an accounting of fees and costs.  I approve the plan as proposed by Trustee and will grant her requests for fees and reimbursements.

Accordingly, it is ordered:

1. Trustee's Request for Reimbursement of Fees and Costs Regarding the Parker Property (doc no 94) is granted. $2,354.53 shall be transferred from the Court Account to the General Account, to be disbursed to Trustee as reimbursement for Trustee's services to maintain, market, and sell the Parker Property.  Pursuant to my previous order (doc no 93), Trustee is also authorized to transfer $2110.98, plus interest, from the Court Account to the General Account to cover the costs of maintaining and selling the Parker Property.  All remaining funds in the Court Account shall be disbursed to Intervenors.  After the Court Account funds are disbursed and the account is closed, Trustee is discharged from her duties with respect to the Parker Property and the Intervenors.

2. Trustee's Report Regarding Claims Process and Proposed Distribution with Certificate of Conference (doc no 97) is approved. Trustee is authorized to receive $12,413.58 for compensation and expense reimbursement for her services in administering the estate. After receipt of the $2,110.98 reimbursement from the Court Account, Trustee is authorized to distribute, pro rata, the remaining funds in the estate for the claimants in Class 1 based on the allowed claims set forth in the Trustee's Report.

3. Trustee shall file a final report, advising of the completion of the estate administration and final accounting, on or before July 31, 2009 in anticipation of her discharge and the closing of this estate and this case.

DATED at Denver, Colorado, on June 2, 2009.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge