## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**CASE NO. 05-CV-0621-WDM-BNB**

SECURITIES AND EXCHANGE COMMISSION

 Plaintiff

vs.

JOSEPH A. FERONA, JR.,
dba CASTLE ROCK TRADING COMPANY, AND
dba THE GLOBAL PROSPERITY FUND

 Defendants

CHERYL FERONA,

 Relief Defendant,

BYRAN STARNES and
LISA STARNES,

 Intervenors

---

## ORDER ON TRUSTEE'S REPORT REGARDING DISTRIBUTION
## TO CLAIMANTS WITH ALLOWED CLAIMS

---

**THE COURT,** having received and reviewed the Trustee's Report Regarding

Distribution to Claimants with Allowed Claims ("Trustee's Report Regarding Distribution"), and

any response thereto, and finding good cause for the relief requested therein,

**ORDERS** that the Trustee's Report Regarding Distribution is adopted and that by

August 31, 2009, the Trustee shall transfer to the Security and Exchange Commission any

unclaimed funds as of that date and report to the Court that all assets have been fully

administered and that the Trustee can be discharged and this case be closed.

DATED this 3rd day of August, 2009.

**BY THE COURT:**

s/ Walker D. Miller

_____

Walker D. Miller
United States District Judge