**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CASE NO. 05-CV-0621-WDM-BNB**

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

JOSEPH A. FERONA, JR.,
dba CASTLE ROCK TRADING COMPANY, AND
dba THE GLOBAL PROSPERITY FUND

    Defendants

CHERYL FERONA,

    Relief Defendant,

BYRAN STARNES and
LISA STARNES,

    Intervenors

---

## ORDER ON TRUSTEE'S FINAL REPORT

**THE COURT,** having received and reviewed the Trustee's Final Report filed on August 31, 2009, and any response thereto, and finding good cause for the relief requested therein,

**FINDS** that the Trustee has fully administered the assets that were subject to the jurisdiction of the Court in this matter, that she has distributed all of the assets as previously ordered by the Court and she has discharged her duties to the Court and parties in interest, and therefore

**ORDERS** that the Trustee's Final Report is approved and adopted, the Trustee is hereby discharged and this case shall be closed.

DATED this 9th day of September, 2009.

**BY THE COURT:**

s/ Walker D. Miller

_____
Walker D. Miller
United States District Judge